IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SALVATORE-ALESSANDRO
MARINELLO,

    Plaintiff,

v.                                                                  Case No. 4:23-cv-23-AW-MJF

RUSHMORE LOAN MANAGEMENT
SERVICES, LLC,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff has not timely served Defendant, despite several orders from the magistrate judge to do so. Thus, the magistrate judge now recommends dismissal. ECF No. 23. Plaintiff has not objected. Plaintiff has filed nothing over the past six months and has not responded to the magistrate judge's orders. It appears Plaintiff has abandoned the case.

I have considered "whether the facts of the case justify a permissive extension of the service period." *Bilal v. Geo Care, LLC*, 981 F.3d 903, 919 (11th Cir. 2020). And I conclude they do not. There is no indication that Plaintiff would ever serve the Defendant, and Plaintiff has had multiple opportunities to do so. Again, it appears Plaintiff has abandoned the case. Under these circumstances, dismissal is appropriate.

1

The court now adopts the report and recommendation and incorporates it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to effect service." The clerk will then close the file.

SO ORDERED on February 1, 2024.

s/ *Allen Winsor*<br>United States District Judge